IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY JOHNSON                                                    PLAINTIFF

v.                          No. 3:17-cv-79-DPM

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center;
BECKY HITTS, Captain, Poinsett County
Detention Center; KIM MUSE, Assistant
Jail Administrator, Poinsett County
Detention Center; and LARRY MILLS,
Former Sheriff                                                    DEFENDANTS

## ORDER

The Court declines the recommendation, № 4, and returns the matter to the Magistrate Judge for consideration of the additional information Johnson has provided in № 5, 6 & 7. This new material is in the nature of an amended complaint, and should be handled accordingly, not as an objection.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2016