# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMY JOHNSON                                              PLAINTIFF

v.                      No. 3:17-cv-79-DPM

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center;
BECKY HITTS, Captain, Poinsett County
Detention Center; KIM MUSE, Assistant
Jail Administrator, Poinsett County
Detention Center; and LARRY MILLS,
Former Sheriff                                              DEFENDANTS

## ORDER

Unopposed recommendation, № 34, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). In general, dismissal should be a last resort when faced with a party, like Johnson, who isn't cooperating in discovery. *Hunt v. City of Minneapolis, Minnesota*, 203 F.3d 524, 527 (8th Cir. 2000). Given the length of time involved here, Johnson's opportunities to cure, and the absence of meaningful alternative sanctions for an unresponsive *pro se* litigant, dismissal without prejudice is appropriate. Motion, № 33, granted as modified. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 November 2017