# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JEREMY JOHNSON**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 3:17-cv-79-DPM

**STEVE ROREX**, Jail Administrator,
Poinsett County Detention Center;
**BECKY HITTS**, Captain, Poinsett County
Detention Center; **KIM MUSE**, Assistant
Jail Administrator, Poinsett County
Detention Center; and **LARRY MILLS**,
Former Sheriff　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2017